IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARCOS da SILVA  :
:
Petitioner,  :  3:26-cv-1126
:  (JUDGE MARIANI)
v.  :
:
WARDEN, FCI LEWISBURG, *et al.*,  :
:
Respondents.  :

## ORDER

AND NOW, THIS ___17th___ DAY OF JUNE 2026, upon consideration of Petitioner

Marcos da Silva's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1),

Respondents' response, (Doc. 6), Petitioner's traverse (Doc. 8), and for the reasons set

forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **DENIED**.

2. Petitioner's motion for expedited consideration (Doc. 2), is **DISMISSED AS**

   **MOOT**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge